BARBARA BROWN, Respondent, *v.* ROCKEFELLER CENTER, INC., et al., Defendants, and GEORGE J. ATWELL FOUNDATION COR-PORATION, Appellant.

Submitted October 22, 1942; decided December 3, 1942.

*Desmond T. Barry, Joseph J. Brophy, Edward A. Shandell* and *Clarence B. Tippett* for appellant.

*Benjamin H. Siff* and *George Mandelbaum* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.